# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCHUGH, LYNN A.                          § Case No. 13-81830
                                                §
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/28/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  01/06/2015          By:  /s/JOSEPH D. OLSEN
                                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MCHUGH, LYNN A.   § Case No. 13-81830
                        §
                        §
Debtor(s)               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 20,510.26 |
| *and approved disbursements of* | $ 354.88 |
| *leaving a balance on hand of* [1] | $ 20,155.38 |
| **Balance on hand:** | $ 20,155.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 20,155.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 2,492.80 | 0.00 | 2,492.80 |
| Trustee, Expenses - JOSEPH D. OLSEN | 38.46 | 0.00 | 38.46 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,302.00 | 0.00 | 3,302.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 6,183.26 |
| Remaining balance: | $ 13,972.12 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $       13,972.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $       13,972.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,900.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 2,414.95 | 0.00 | 2,414.95 |
| 2 | Capital Recovery V, LLC | 4,476.30 | 0.00 | 4,476.30 |
| 3 | Portfolio Recovery Associates, LLC | 3,354.86 | 0.00 | 3,354.86 |
| 4 | Portfolio Recovery Associates, LLC | 654.69 | 0.00 | 654.69 |

Total to be paid for timely general unsecured claims:  $       10,900.80
Remaining balance:  $        3,071.32

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 3,071.32

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 3,071.32

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $21.97. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,082.25.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/JOSEPH D. OLSEN
　　　　　　　　　　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                     Case No. 13-81830-TML
Lynn A. McHugh                                                             Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon              Page 1 of 2                  Date Rcvd: Jan 08, 2015
                              Form ID: pdf006           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
db           #+Lynn A. McHugh,    4513 Vista Drive,    Island Lake, IL 60042-8483
aty           +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
                Rockford, IL 61104-2228
22258628      +American Law Firm, P.C.,    Dennis McDougall,    475 Executive Parkway,    Rockford, IL 61107-6629
20496565      +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
20496570      +Chase BP,    Po Box 15298,    Wilmington, DE 19850-5298
20496571      +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
20496572      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20496573      +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
20496574      +ExxonMobile,    PO Box 6497,    Sioux Falls, SD 57117-6497
20496577      +Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20496563      +McHugh Lynn A,    4513 Vista Drive,    Island Lake, IL 60042-8483
20496578      +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20496580     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:    Portfolio Recovery Associates,     120 Corporate Boulevard,
                Norfolk, VA 23502)
20496581      +Portfolio Recvry&affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
20496583      +Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
20496584      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
20496587      +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
20496564      +Timothy Brown Attorney At Law,     1520 Carlemont Drive Suite M,    Crystal Lake, IL 60014-1836
20496588     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:    US Bank,    101 5th Street E Suite A,    Saint Paul, MN  55101)
20496589       Us Bk Rms Cc,    Cb Disputes,    St Louis, MO  63166
20496590      +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20496568       E-mail/Text: bankruptcy@cavps.com Jan 09 2015 01:23:43     Calvary Portfolio Services, LLC,
                PO Box 1017,    Hawthorne, NY  10532
20496566      +E-mail/Text: ebn@squaretwofinancial.com Jan 09 2015 01:24:00      Cach, LLC,
                4340 S Monaco Street, 2nd Floor,    Denver, CO 80237-3485
20496567      +E-mail/Text: ebn@squaretwofinancial.com Jan 09 2015 01:24:00      Cach, Llc,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3408
21727757       E-mail/PDF: rmscedi@recoverycorp.com Jan 09 2015 01:26:44      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20496569      +E-mail/Text: bankruptcy@cavps.com Jan 09 2015 01:23:44     Cavalry Portfolio Serv,
                500 Summit Lake Dr,    Valhalla, NY 10595-2322
20496575      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2015 01:27:44     Gecrb/sams Club,
                P.o. Box 965005,    Orlando, FL 32896-5005
20496576      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2015 01:22:34      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20496579      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2015 01:23:15     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21442276       E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2015 01:23:06
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20496585       E-mail/PDF: cbp@springleaf.com Jan 09 2015 01:27:43     Springleaf Financial,    PO Box 3251,
                Evansville, IN  47731
20496586       E-mail/PDF: cbp@springleaf.com Jan 09 2015 01:26:35     Springleaf Financial S,   Po Box 3251,
                Evansville, IN  47731
20496582      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2015 01:28:37     Sams Club,    Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21757683*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:    Portfolio Recovery Associates, LLC,
                successor to GE MONEY BANK, F.S.B.,    PO Box 41067,    Norfolk, VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: ldixon               Page 2 of 2               Date Rcvd: Jan 08, 2015
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
              Craig A Willette     on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Dennis M McDougall    on behalf of Debtor Lynn A. McHugh dmcdougall@thecrosbylawfirm.com,
               mcdougalllaw@aol.com
              Dennis M McDougall    on behalf of Defendant Lynn A. McHugh dmcdougall@thecrosbylawfirm.com,
               mcdougalllaw@aol.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                        TOTAL: 6
```