# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  MCHUGH, LYNN A.    § Case No. 13-81830
                           §
                           §
Debtor(s)                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned:  $75,564.00              Assets Exempt:  $53,602.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $10,922.77      Claims Discharged
                                                    Without Payment: $0.00

   Total Expenses of Administration: $6,538.14

   3)  Total gross receipts of $     20,510.26    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    3,049.35   (see **Exhibit 2**), yielded net receipts of $17,460.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,538.14 | 6,538.14 | 6,538.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,922.77 | 10,922.77 | 10,922.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,460.91 | $17,460.91 | $17,460.91 |

4) This case was originally filed under Chapter 7 on May 17, 2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015      By: /s/JOSEPH D. OLSEN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pre-petition stock sales | 1229-000 | 20,510.26 |
| **TOTAL GROSS RECEIPTS** | | **$20,510.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MCHUGH, LYNN A. | Dividend paid 98.93% on $3,082.25; Claim# SURPLUS; Filed: $3,082.25; Reference: | 8200-002 | 3,049.35 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,049.35** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,492.80 | 2,492.80 | 2,492.80 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 38.46 | 38.46 | 38.46 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,302.00 | 3,302.00 | 3,302.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.51 | 27.51 | 27.51 |
| Rabobank, N.A. | 2600-000 | N/A | 28.46 | 28.46 | 28.46 |
| Rabobank, N.A. | 2600-000 | N/A | 31.36 | 31.36 | 31.36 |
| Rabobank, N.A. | 2600-000 | N/A | 29.36 | 29.36 | 29.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.24 | 19.24 | 19.24 |
| Rabobank, N.A. | 2600-000 | N/A | 28.32 | 28.32 | 28.32 |
| Rabobank, N.A. | 2600-000 | N/A | 32.17 | 32.17 | 32.17 |
| Rabobank, N.A. | 2600-000 | N/A | 28.22 | 28.22 | 28.22 |
| Rabobank, N.A. | 2600-000 | N/A | 31.10 | 31.10 | 31.10 |
| Rabobank, N.A. | 2600-000 | N/A | 30.08 | 30.08 | 30.08 |
| Rabobank, N.A. | 2600-000 | N/A | 26.16 | 26.16 | 26.16 |
| Rabobank, N.A. | 2600-000 | N/A | 32.90 | 32.90 | 32.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,538.14 | $6,538.14 | $6,538.14 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,414.95 | 2,414.95 | 2,414.95 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 4.87 | 4.87 | 4.87 |
| 2 | Capital Recovery V, LLC | 7100-000 | N/A | 4,476.30 | 4,476.30 | 4,476.30 |
| 2I | Capital Recovery V, LLC | 7990-000 | N/A | 9.02 | 9.02 | 9.02 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,354.86 | 3,354.86 | 3,354.86 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 6.76 | 6.76 | 6.76 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 654.69 | 654.69 | 654.69 |
| 4I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 1.32 | 1.32 | 1.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,922.77 | $10,922.77 | $10,922.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81830  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** MCHUGH, LYNN A.  **Filed (f) or Converted (c):** 05/17/13 (f)
 **§341(a) Meeting Date:** 07/02/13
**Period Ending:** 04/10/15  **Claims Bar Date:** 04/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris Checking Account xxxxxxxx054 | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Checking Account xxxxxxxx267 | 17.00 | 0.00 | | 0.00 | FA |
| 3 | 48" television with stand | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Bed | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Coffee table | 10.00 | 0.00 | | 0.00 | FA |
| 6 | Hutch | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Lamps | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Linens | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Night stands | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Plates, silverware, pots and pans, glasses | 25.00 | 0.00 | | 0.00 | FA |
| 11 | Table | 25.00 | 0.00 | | 0.00 | FA |
| 12 | Television with stand | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Vacum | 20.00 | 0.00 | | 0.00 | FA |
| 14 | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 15 | Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 16 | Watch and gold band | 70.00 | 0.00 | | 0.00 | FA |
| 17 | 50% interest in Pedro Borrego's (former spouse) | 50,000.00 | 0.00 | | 0.00 | FA |
| 18 | Property settlement obtained pursuant to Judgmen | 15,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2006 Hummer H3, average condition, 86,000 miles | 8,862.00 | 0.00 | | 0.00 | FA |
| 20 | Pre-petition stock sales (u) | 0.00 | 20,510.26 | | 20,510.26 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$75,564.00** | **$20,510.26** | | **$20,510.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-81830  
**Case Name:** MCHUGH, LYNN A.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/17/13 (f)  
**§341(a) Meeting Date:** 07/02/13  

**Period Ending:** 04/10/15  
**Claims Bar Date:** 04/17/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2014    **Current Projected Date Of Final Report (TFR):** January 6, 2015 (Actual)

Printed: 04/10/2015 12:23 PM    V.13.21

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81830  
**Case Name:** MCHUGH, LYNN A.  
**Taxpayer ID #:** **-***3292  
**Period Ending:** 04/10/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/14 | {20} | Itasca Bank & Trust Co. | proceeds from pre-petition stock sales | 1229-000 | 20,510.26 | | 20,510.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,500.26 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.51 | 20,472.75 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.46 | 20,444.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.36 | 20,412.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 20,383.57 |
| 06/03/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-81830, Bond #016018067 | 2300-000 | | 19.24 | 20,364.33 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.32 | 20,336.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.17 | 20,303.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.22 | 20,275.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.10 | 20,244.52 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.08 | 20,214.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.16 | 20,188.28 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.90 | 20,155.38 |
| 01/30/15 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,302.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,302.00 | 16,853.38 |
| 01/30/15 | 103 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 16,503.38 |
| 01/30/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,492.80, Trustee Compensation;  Reference: | 2100-000 | | 2,492.80 | 14,010.58 |
| 01/30/15 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $38.46, Trustee Expenses;  Reference: | 2200-000 | | 38.46 | 13,972.12 |
| 01/30/15 | 106 | MCHUGH, LYNN A. | Dividend paid 98.93% on $3,082.25; Claim# SURPLUS; Filed: $3,082.25; Reference: | 8200-002 | | 3,049.35 | 10,922.77 |
| 01/30/15 | 107 | Capital Recovery V, LLC | Combined Check for Claims#2,2I | | | 4,485.32 | 6,437.45 |
| | | | Dividend paid 100.00%   4,476.30 on $4,476.30;  Claim# 2; Filed: $4,476.30 | 7100-000 | | | 6,437.45 |
| | | | Dividend paid 100.00%   9.02 on $9.02;  Claim# 2I; Filed: $9.02 | 7990-000 | | | 6,437.45 |
| 01/30/15 | 108 | Portfolio Recovery Associates, LLC | Combined Check for Claims#3,4,3I,4I | | | 4,017.63 | 2,419.82 |
| | | | Dividend paid 100.00%   3,354.86 on $3,354.86;  Claim# 3; Filed: $3,354.86 | 7100-000 | | | 2,419.82 |

Subtotals :   $20,510.26   $18,090.44

{} Asset reference(s)   Printed: 04/10/2015 12:23 PM   V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-81830 | | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| Case Name: | MCHUGH, LYNN A. | | | Bank Name: | Rabobank, N.A. |
| | | | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***3292 | | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/10/15 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% 654.69 on $654.69; Claim# 4; Filed: $654.69 | 7100-000 | | | 2,419.82 |
| | | | Dividend paid 100.00% 6.76 on $6.76; Claim# 3I; Filed: $6.76 | 7990-000 | | | 2,419.82 |
| | | | Dividend paid 100.00% 1.32 on $1.32; Claim# 4I; Filed: $1.32 | 7990-000 | | | 2,419.82 |
| 01/30/15 | 109 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,1I | | | 2,419.82 | 0.00 |
| | | | Dividend paid 100.00% 2,414.95 on $2,414.95; Claim# 1; Filed: $2,414.95 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 4.87 on $4.87; Claim# 1I; Filed: $4.87 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 20,510.26 | 20,510.26 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,510.26 | 20,510.26 | |
| Less: Payments to Debtors | | 3,049.35 | |
| **NET Receipts / Disbursements** | **$20,510.26** | **$17,460.91** | |

| Net Receipts : | 20,510.26 |
|---|---|
| Less Payments to Debtor : | 3,049.35 |
| Net Estate : | $17,460.91 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4966** | 20,510.26 | 17,460.91 | 0.00 |
| | $20,510.26 | $17,460.91 | $0.00 |

{} Asset reference(s)

Printed: 04/10/2015 12:23 PM    V.13.21